| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
TGC SYSTEMS, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA TOTAL GROW CONTROL

**3. Debtor's federal Employer Identification Number (EIN)**  
85-2758950

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 774 MAYS BLVD #10-414<br>INCLINE VILLAGE, NV 89451<br>Number, Street, City, State & ZIP Code | 2190 WASHINGTON AVENUE<br>ALVIN, TX 77511<br>P.O. Box, Number, Street, City, State & ZIP Code |
| WASHOE<br>County | **Location of principal assets, if different from principal place of business**<br>2190 WASHINGTON AVENUE ALVIN, TX 77511<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **TGC SYSTEMS, LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3331**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **TGC SYSTEMS, LLC**     Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?** *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**
☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

10/23/23 10:49AM

Debtor  **TGC SYSTEMS, LLC**                                                                                  Case number (*if known*) _____
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | TGC SYSTEMS, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 23, 2023**
MM / DD / YYYY

**X /s/ DEREK OXFORD**
Signature of authorized representative of debtor

**DEREK OXFORD**
Printed name

Title **MANAGER OF TGC INVESTMENTS, LLC**

**18. Signature of attorney**

**X /s/ KEVIN A DARBY**
Signature of attorney for debtor

Date **October 23, 2023**
MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone **775.322.1237**    Email address **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | TGC SYSTEMS, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA AMERICAN ARBITRATION 200 STATE STREET 7TH FLOOR BOSTON, MA 02109 | | ARBITRATION SERVICES | | | | $16,237.50 |
| ALAN WALDHEIM 1805 SAN JOSE ST FRIENDSWOOD, TX 77546 | | EMPLOYEE WAGES | | | | $45,584.04 |
| AWC PO BOX 974800 DALLAS, TX 75397-4800 | | TRADE DEBT | | | | $100,005.62 |
| BLUE-WHITE 5300 BUSINESS DRIVE HUNINGTON BEACH, CA 92649 | | TRADE DEBT | | | | $33,638.74 |
| CORR TECH 3575 W. 12TH STREET HOUSTON, TX 77008 | | TRADE DEBT | | | | $17,922.54 |
| DEREK OXFORD 250 DRIFTWOOD ROAD SE SAINT PETERBURG, FL 33705 | | EMPLOYEE WAGES | | | | $60,756.10 |
| E+E ELECKTRONIK CORPORATION 333 EAST STATE PARKWAY SCHAUMBURG, IL 60173 | | TRADE DEBT | | | | $10,526.00 |
| FOX CAPITAL GROUP 600 YORK TER NAPLES, FL 34109 | | TRADE DEBT | | | | $19,553.90 |

Debtor  **TGC SYSTEMS, LLC**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GROWGENERATION USA, INC.** C/O MARTIN POWERS & COUNSEL, PLLC ATTN: MEGAN MARTIN POWERS, ESQ. 1431 GREENWAY DRIVE, SUITE 950 IRVING, TX 75038 | | | **Unliquidated Disputed** | $1,813,409.40 | $0.00 | $1,813,409.40 |
| **INNOVATIVE GROWERS EQUIPMENT** 421 N CALIFORNIA STREET, BLDG 6 SYCAMORE, IL 60178 | | **TRADE DEBT** | | | | $39,064.90 |
| **INTERNAL REVENUE SERVICE** P.O. Box 21126 DPN 781 Philadelphia, PA 19114 | | **TAXES** | | | | $43,659.00 |
| **JPM CHASE** PO BOX 15298 Wilmington, DE 19850 | | **CREDIT CARD** | | | | $1.00 |
| **LAW OFFICE OF STEPHEN REID** 1360 POST OAK BLVD STE100 MC#14-1 HOUSTON, TX 77056-3131 | | **LEGAL SERVICES** | | | | $1,775.00 |
| **LG FUNDING** 1218 UNION STREET BROOKLYN, NY 11225 | | **TRADE DEBT** | | | | $29,149.00 |
| **PROTANK** 5907 ALDINE BENDER ROAD HUMBLE, TX 77396 | | **TRADE DEBT** | | | | $51,135.93 |
| **RILEY & JACOBSON, PLC** 1906 WEST END AVE NASHVILLE, TN 37203 | | **LEGAL SERVICES** | | | | $3,766.50 |

Debtor  **TGC SYSTEMS, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **SOUTHERN SKY SUPPLY, LLC**<br>**128 SOUTH LAKE CIRCLE**<br>**CANTON, MS 39046** | | **TRADE DEBT** | | | | **$374,676.40** |
| **SUPPLYLINE INDUSTRIAL**<br>**30 W FRONT STREET**<br>**UNIT C**<br>**RED BANK, NJ 07701** | | **TRADE DEBT** | | | | **$58,502.80** |
| **THE BUSINESS BACKER**<br>**10856 REED HARTMAN HWY #100**<br>**BLUE ASH, OH 45242** | | **TRADE DEBT** | | | | **$77,862.10** |
| **UPS**<br>**55 GLENLAKE PARKWAY NE A**<br>**ATLANTA, GA 30328** | | **TRADE DEBT** | | | | **$5,124.36** |

```
TGC SYSTEMS, LLC
2190 WASHINGTON AVENUE
ALVIN, TX 77511

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

AAA AMERICAN ARBITRATION
200 STATE STREET
7TH FLOOR
BOSTON, MA 02109

ALAN WALDHEIM
1805 SAN JOSE ST
FRIENDSWOOD, TX 77546

AMERICAN EXPRESS
PO BOX 0001
Los Angeles, CA 90096-8000

AWC
PO BOX 974800
DALLAS, TX 75397-4800

BLUE-WHITE
5300 BUSINESS DRIVE
HUNINGTON BEACH, CA 92649

CORR TECH
3575 W. 12TH STREET
HOUSTON, TX 77008

DEREK OXFORD
250 DRIFTWOOD ROAD SE
SAINT PETERBURG, FL 33705

E+E ELECKTRONIK CORPORATION
333 EAST STATE PARKWAY
SCHAUMBURG, IL 60173

FOX CAPITAL GROUP
600 YORK TER
NAPLES, FL 34109

GROWGENERATION USA, INC.
C/O MARTIN POWERS & COUNSEL, PLLC
ATTN: MEGAN MARTIN POWERS, ESQ.
1431 GREENWAY DRIVE, SUITE 950
IRVING, TX 75038

INNOVATIVE GROWERS EQUIPMENT
421 N CALIFORNIA STREET, BLDG 6
SYCAMORE, IL 60178
```

```
INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

JPM CHASE
PO BOX 15298
Wilmington, DE 19850

LAW OFFICE OF STEPHEN REID
1360 POST OAK BLVD STE100
MC#14-1
HOUSTON, TX 77056-3131

LG FUNDING
1218 UNION STREET
BROOKLYN, NY 11225

PROTANK
5907 ALDINE BENDER ROAD
HUMBLE, TX 77396

RILEY & JACOBSON, PLC
1906 WEST END AVE
NASHVILLE, TN 37203

SOUTHERN SKY SUPPLY, LLC
128 SOUTH LAKE CIRCLE
CANTON, MS 39046

SOUTHERN SKY SUPPLY, LLC
C/O COPELAND, COOK, TAYLOR & BUSH, P.A.
ATTN: GLENN GATES TAYLOR, ESQ.
PO BOX 6020
RIDGELAND, MS 39158

SUPPLYLINE INDUSTRIAL
30 W FRONT STREET
UNIT C
RED BANK, NJ 07701

THE BUSINESS BACKER
10856 REED HARTMAN HWY #100
BLUE ASH, OH 45242

UPS
55  GLENLAKE PARKWAY NE A
ATLANTA, GA 30328
```

# United States Bankruptcy Court
## District of Nevada

In re  **TGC SYSTEMS, LLC**　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　 Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TGC SYSTEMS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 23, 2023** | **/s/ KEVIN A DARBY** |
| Date | **KEVIN A DARBY 7670** |
| | Signature of Attorney or Litigant |
| | Counsel for  **TGC SYSTEMS, LLC** |
| | **DARBY LAW PRACTICE** |
| | **499 W. PLUMB LANE, SUITE 202** |
| | **Reno, NV 89509** |
| | **775.322.1237 Fax:775.996.7290** |
| | **kevin@darbylawpractice.com** |